UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,**

    **Plaintiff,**

v.                               Case No: 6:12-cv-268-Orl-36DAB

**CRICKET COMMUNICATIONS, INC.,**

    **Defendant.**
_____/

**O R D E R**

Before the Court is the Joint Motion to Dismiss (Doc. 47). In accord with the Joint Motion to Dismiss, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Motion to Dismiss is **GRANTED** (Doc. 47).

2) This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on November 28, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record